UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA LAMPA-DE LEON, | No. C-12-02168 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CHASE BANK USA, NA, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for August 8, 2012 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was not present. Defendant was not present, but it appears that Defendant has not yet been served.

IT IS HEREBY ORDERED that Plaintiff submit a written statement **by no later than August 22, 2012** explaining why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 8, 2012 and for failure to prosecute this case.

IT IS SO ORDERED.

Dated: August 9, 2012

DONNA M. RYU
United States Magistrate Judge