**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEFINA LAMPA-DE LEON,

       Plaintiff(s),

    v.

CHASE BANK USA, NA,

       Defendant(s).

_____/

No. C-12-02168 DMR

**ORDER TO SHOW CAUSE**

       Pursuant to Civil L.R. 16-2, a case management conference was scheduled for August 8, 2012 at 1:30 p.m. before this court in the above-entitled case.  Plaintiff was not present.  Defendant was not present, but it appears that Defendant has not yet been served.

       IT IS HEREBY ORDERED that Plaintiff submit a written statement **by no later than August 22, 2012** explaining why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on August 8, 2012 and for failure to prosecute this case.

       IT IS SO ORDERED.

Dated:  August 9, 2012

                              _____

                              DONNA M. RYU
                              United States Magistrate Judge