UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEFINA LAMPA-DE LEON,

    Plaintiff,

    v.

CHASE BANK USA, NA, et al.,

    Defendants.
_____/

No. C 12-02168 DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On May 1, 2012, Plaintiff Josefina Lampa-De Leon filed suit in this Court. [Docket No. 1.] On August 3, 2012, Plaintiff filed a notice of Consent to Proceed Before a United States Magistrate Judge. [Docket No. 10.] A case management conference was scheduled for August 8, 2012 at 1:30 p.m. before this court. Plaintiff was not present. The following day, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than August 22, 2012 explaining why this action should not be dismissed for Plaintiff's failure to appear. [Docket No. 12.] Plaintiff has not filed a response to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: August 30, 2012



_____
DONNA M. RYU
United States Magistrate Judge